In the Matter of the Application of CHARLES SCHLAGLE and Others for a Determination of the Court as to the Nomination of the Petitioners for Public Office, Appellants, against ROBERT A. NERRIE, as City Clerk of the City of Beacon, and WILLIAM E. LEAK and JOHN A. FLYNN, as Election Commissioners of Dutchess County, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

IDA CARRINGTON, as Administratrix, etc., of PERCY CARRINGTON, Deceased, Respondent, v. PANAMA MAIL STEAMSHIP COMPANY, Appellant.— The decision of this court handed down on October 5, 1931, is hereby amended to read as follows: Motion to dismiss case for lack of jurisdiction dismissed, the same having been improperly made to this court after decision on the appeal. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HENRIETTA GRENNAN, Respondent, v. FRANKLIN A. COLES and FRANK AUSTIN, as Executors, etc., of HELENE FOSS, Deceased, and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper and Hagarty, JJ.; Scudder, J., not voting.

MORRIS MORGENSTERN and ROSE MORGENSTERN, Respondents, v. DANIEL FUCHS and NATHAN D. FUCHS, Appellants.— In view of the decision of the main appeal (post, p. 718), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOHN E. BOOTH LUMBER CORPORATION, Appellant, v. MOSLER LUMBER CO., INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of SUSAN SICA, Respondent, v. THOMAS RICCI, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

ROSE ERBSTEIN, Respondent, v. HARRY B. WIEST and FANNY W. WIEST, Doing Business under the Firm Name and Style of BRADLEY'S WHOLESALE CONFECTIONERY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.